UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No.  10 CR 905-LTS

FELIPE CANTRES-SANJURJO,

        Defendant.

-------------------------------------------------------x

### ORDER

On July 9, 2018, the Court received and reviewed a letter from Defendant concerning communications with his defense counsel.  The Court will provide a copy of the letter (which is in Spanish) and an informal translation to the defense counsel.  The original version of the letter and the translation will be filed under seal.

Defense counsel is directed to meet promptly with Mr. Cantres-Sanjurjo regarding the matter raised in the letter.

The Court will hold a conference in this matter on **August 6, 2018**, at **11:00 a.m.** in **Courtroom 17C**.  Any request for a change of counsel will be heard at that time.

      SO ORDERED.

Dated: New York, New York
      July 12, 2018

                                                             _/s/ Laura Taylor Swain__
                                                             LAURA TAYLOR SWAIN
                                                            United States District Judge

Copy mailed to:
Felipe Cantres-Sanjurjo
MCC

150 Park Row
New York, NY 10007

Copy with letter faxed to:
Thomas Francis Dunn
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com