UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     SEALED
                                      ORDER
        -v.-                    :
                                      S37 10 Cr. 905 (LTS)
FELIPE CANTRES-SANJURJO,        :
  a/k/a "Felipe Cantres,"
                                :
        Defendant.
                                :
- - - - - - - - - - - - - - - - - x

       WHEREAS, an application has been made by the United States of America, with the defendant's consent, for (1) the sealing of the transcript of the above-captioned defendant's guilty plea, the Superseding S37 Information, and the plea agreement; and (2) the temporary delay docket entries related to (a) the S37 Information and the defendant's entry of a guilty plea to charges in that Information; and (b) the specific counts in the S31 Indictment to which the defendant entered his guilty plea, which will result in the entry of docket entry at this time that reflects merely that the defendant entered a guilty plea to charges in the S31 Indictment; and

       WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that the transcript of the defendant's guilty plea, the S37 Superseding Information, the plea agreement between the defendant and the Government, and this Order shall be sealed; and

IT IS FINALLY ORDERED that, at this time, only a docket entry that indicates that the defendant entered a guilty plea to charges in the S31 Indictment shall be entered; docket entries that reflect the specific counts of the S31 Indictment to which the defendant entered his plea, as well as the S37 Information and the defendant's guilty plea to the same, will be entered when the defendant's cooperation with the Government becomes public, or at the time that the defendant is sentenced, whichever occurs first.

SO ORDERED:

Dated:   New York, New York
         March 7, 2014

_____
LAURA TAYLOR SWAIN, U.S.D.J

2