USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

FELIPE CANTRES-SANJURJO (55)

        Defendant.

-------------------------------------------------------x

No. 10crim905 ~~18 crim 645~~ (LTS)

## ORDER

    ORDERED that pursuant to sentence of time served imposed today, the defendant Felipe Cantres-Sanjurjo is discharged from the custody of the U.S. Marshals Service.

    SO ORDERED.

Dated: New York, New York
       April 2, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge