UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          SEALED
                                             ORDER
          -v.-                    :
                                             S31 & 37 10 Cr. 905 (LTS)
FELIPE CANTRES-SANJURJO,          :
  a/k/a "Felipe Cantres,"
                                  :
          Defendant.
                                  :

- - - - - - - - - - - - - - - - - - x

WHEREAS, a sentencing proceeding in the above-captioned case was held on April 2, 2019, at which time the Court imposed, among other penalties, a term of supervised release; and

WHEREAS the Government has requested, and the defendant has consented to, the requirement of continued cooperation with the Government as a condition of such supervised release;

IT IS HEREBY ORDERED that the conditions of the defendant's supervised release shall include the requirement that the defendant continue his cooperation with the Government. In so doing, the defendant: (a) shall truthfully and completely disclose all information with respect to the activities of himself and others concerning all matters about which the United States Attorney's Office for the Southern District of New York (the "Office") inquires of him, which information can be used

for any purpose; (b) shall cooperate fully with the Office, Homeland Security Investigations, Immigration and Customs Enforcement, and any other law enforcement agency designated by the Office; (c) shall attend all meetings at which the Office requests his presence; (d) shall provide to the Office, upon request, any document, record, or other tangible evidence relating to matters about which the Office or any designated law enforcement agency inquires of him; (e) shall truthfully testify before the grand jury and at any trial and other court proceeding with respect to any matters about which the Office may request his testimony; (f) shall bring to the Office's attention all administrative, civil, or criminal proceedings, investigations, or prosecutions in which he has been or is a subject, target, party, or witness; and, (g) shall commit no further crimes whatsoever.

IT IS FURTHER ORDERED that the defendant shall inform his supervising Probation Officer of his involvement in any law enforcement operations and/or meetings with the Office or designated investigating agencies.

IT IS FINALLY ORDERED that this order shall be maintained under seal until further order of the Court, except that copies may be provided to the defendant's United States Probation Officers charged with the defendant's supervision.

2

SO ORDERED:

Dated:      New York, New York
            April 10 , 2019

_____

LAURA TAYLOR SWAIN, U.S.D.J